**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No: 23-42798-ELM** |
| | § | |
| **DEDRICK DEMOND WILLIAMS, xxx-xx-2929** | § | **Chapter 13** |
| **3029 PECOS ST** | § | |
| **FORT WORTH, TX  76119-5617** | § | **Court Hearing: Thursday, December** |
| | § | **7, 2023 at 8:30 AM** |
| **Debtor** | § | |

**NOTICE OF**
**DEADLINE FOR OBJECTION TO CONFIRMATION**

**November 21, 2023** is the last day for filing Objection**s** to Confirmation of Debtor's Chapter 13 Plan filed on or about October 18, 2023.  Objections shall be in writing and filed with the **US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX  76102**.

**CONFIRMATION HEARING**

If an Objection to Confirmation of Debtor's Chapter 13 Plan is timely filed and not resolved, then this matter will be called at the docket call to be held at **8:30 AM** on **Thursday, December 7, 2023** at the U.S. Bankruptcy Court, **501 W. 10th Street, Room 204, Fort Worth, TX  76102**, with the hearing on the matter immediately following the conclusion of the docket call.

GENERAL ORDER 2023-04 governs Chapter 13 cases in the Northern District of Texas.  A copy may be obtained from the Court's Website www.txnb.uscourts.gov, or from the Chapter 13 Trustee's website http://www.13network.com/trustees/ftw/ftwhome.asp, or call the Trustee for a free copy at 817-770-8500.

/s/ Tim Truman
Tim Truman, Chapter 13 Trustee
Bar No. 20258000
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
Website:  www.13network.com

**CERTIFICATE OF SERVICE**

This is to Certify that a true and correct copy of the above and foregoing Notice was served on the parties listed below in the manner listed below on or before October 31, 2023.

/s/ Tim Truman
Tim Truman

**ELECTRONIC SERVICE:**

GRAHAM LEGAL, 8501 WADE BLVD STE 340, FRISCO, TX  75034

United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

**BY FIRST CLASS MAIL:**

ATTORNEY GENERAL REGION 9 BANKRUPTCY,  2001 BEACH ST STE 700,  FORT WORTH, TX  76103-0000

COASTAL COMMUNITY BANK,  5415 EVERGREEN WAY,  EVERETT, WA  98203

DEDRICK DEMOND WILLIAMS,  3029 PECOS ST,  FORT WORTH, TX  76119

DRIVE CASA,  7929 BROOKRIVER DR,  DALLAS, TX  75247

FIRST NATIONAL BANK TEXAS,  PO BOX 937,  KILLEEN, TX  76540

FIRST PREMIER BANK,  PO BOX 5529,  SIOUX FALLS, SD  57115

INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101

KIKOFF LENDING LLC,  PO BOX 40070,  RENO, NV  89504-0000

LINEBARGER GOGGAN BLAIR ET AL,  100 THROCKMORTON STE #1700,  FT WORTH, TX  76102-0000

NATIONAL CREDIT ADJUSTERS LLC,  327 W 4TH AVE,  PO BOX 3023,  HUTCHINSON, KS  67504-0000

NAVIENT,  PO BOX 9500,  WILKES BARRE, PA  18773-0000

NAVY FEDERAL CREDIT UNION,  PO BOX 3000,  MERRIFIELD, VA  22119

OWINGS AUTO CENTERS,  519 E DIVISION ST,  ARLINGTON, TX  76011

T MOBILE,  PO BOX 248848,  OKLAHOMA CITY, OK  73124

T MOBILE/TMOBILE USA,  4515 N SANTA FE AVE,  OKLAHOMA CITY, OK  73118-0000

TARRANT COUNTY TAX COLLECTOR,  DELINQUENT TAX DEPARTMENT,  100 E WEATHERFORD ST,  FORT WORTH, TX  76196

TEXAS CHILD SUPPORT,  DISBURSEMENT UNIT,  PO BOX 659791,  SAN ANTONIO, TX  78265

TXU ENERGY,  PO BOX 650393,  DALLAS, TX  75265-0000

UNITED STATES ATTORNEY,  CIVIL PROCESS CLERK,  1100 COMMERCE ST STE 300,  DALLAS, TX  75242

US ATTORNEY GENERAL,  US DEPARTMENT OF JUSTICE,  950 PENNSYLVANIA AVE NW,  WASHINGTON, DC  20530