

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 8, 2024**

_____
**United States Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: 23-42798-ELM |
| | § | |
| DEDRICK DEMOND WILLIAMS | § | CHAPTER 13 |
| DEBTOR | § | |
| | § | JUDGE EDWARD L MORRIS |

**ORDER DISMISSING CHAPTER 13 CASE PURSUANT TO GENERAL ORDER 2023-04**
**(14 DAY NOI-$)**

Came on for consideration the "Trustee's Notice of Intent to Dismiss Chapter 13 Case Pursuant to General Order 2023-04 (14 Day NOI-$)" ("Notice") filed on or about 12/14/2023 [Docket #22]. The Court finds that notice was and is appropriate under the circumstances.

The Court is of the opinion that the CHAPTER 13 Case should be DISMISSED based on the pleadings, evidence, and arguments of counsel, if any, at the hearing held on January 04, 2024.

**IT IS THEREFORE ORDERED** that this case is hereby **DISMISSED** without prejudice pursuant to General Order 2023-04 paragraph 3e **PROVIDED** that if, within 14 days of entry hereof, a creditor in this case files a motion to amend this order and seeks a dismissal with prejudice, sanctions or other relief deemed appropriate by the Court, this Order may be amended by the Court, after notice and a hearing, to grant the relief sought in said motion in whole or in part.

**IT IS FURTHER ORDERED** that all debts due and owing creditors as of this date are **NOT DISCHARGED** or affected in any manner by this Order.

**THE ABOVE STYLED AND NUMBERED CASE WILL BE CLOSED 21 DAYS AFTER THE ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.**

# # # End of Order # # #

APPROVED:

/s/ Tim Truman
Tim Truman, Trustee/State Bar # 20258000